UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
 ANGIE DENISE SPARKS                                CASE NO. 20-10009
 4465 BAYLOR ST                                     JUDGE BENJAMIN A. KAHN
 GREENSBORO, NC  27455

           DEBTOR

SSN(1) XXX-XX-3852                                  DATE:  08/20/2020

## REPORT OF FILED CLAIMS

   Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALABAMA HOUSING FINANCE AUTHORITY<br>P O BOX 242928<br>MONTGOMERY, AL  36124 | MONTHLY PMT  $780.96<br>INT:  .00%<br>NAME ID:  166195<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT:  0970<br>COMMENT:  DT RERP,CTD EFF APR20,320A |
| ALABAMA HOUSING FINANCE AUTHORITY<br>P O BOX 242928<br>MONTGOMERY, AL  36124 | $10,964.44<br>INT:  .00%<br>NAME ID:  166195<br>CLAIM #:  0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  0970<br>COMMENT:  ARR THRU JAN20 |
| ALABAMA HOUSING FINANCE AUTHORITY<br>P O BOX 242928<br>MONTGOMERY, AL  36124 | $1,560.76<br>INT:  .00%<br>NAME ID:  166195<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  0970<br>COMMENT:  ARR FEB THRU MAR20 |
| BELLWOOD VILLAGE ASSOCIATION<br>% PRIESTLEY MGMT COMPANY<br>P O BOX 4408<br>GREENSBORO, NC  27404 | MONTHLY PMT  $170.00<br>INT:  .00%<br>NAME ID:  181596<br>CLAIM #:  0007 | (H) ONGOING-SECURED<br><br>ACCT:  1115<br>COMMENT:  ASDU,CTD EFF APR20 |
| BELLWOOD VILLAGE ASSOCIATION<br>% PRIESTLEY MGMT COMPANY<br>P O BOX 4408<br>GREENSBORO, NC  27404 | $4,394.53<br>INT:  .00%<br>NAME ID:  181596<br>CLAIM #:  0014 | (R) ARREARAGE-SECURED<br><br>ACCT:  1115<br>COMMENT:  ASDU,ARR THRU MAR20 |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $2,177.46<br>INT:  .00%<br>NAME ID:  116268<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT:  0323<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $5,215.74<br>INT:  .00%<br>NAME ID:  153461<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT:  9523<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID:  1159<br>CLAIM #:  0012 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 20-10009

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GUILFORD COUNTY TAX DEPT<br>P O BOX 3427<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>NAME ID: 159810<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 3852<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677-2813 | $512.60<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 8568<br>COMMENT: SYNCHRONY BANK |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | $14.03<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (U) UNSECURED<br><br>ACCT: 3852<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC 27114 | $7,365.99<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 7885<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC 27114 | $78.18<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 3809<br>COMMENT: |
| **TOTAL:** | **$33,286.69** | |
| RONALD A ANDERSON ESQ<br>P O BOX 14639<br>ARCHDALE, NC 27263 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>   Clerk, U.S. Bankruptcy Court
>   101 S. Edgeworth Street
>   P.O. Box 26100
>   Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  08/20/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice